CHRISTOPHER J. BOWES, ESQ.
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

August 8, 2025

**APPLICATION GRANTED**
Hon. Stewart D. Aaron, U.S.M.J.
Dated: August 11, 2025

Via ECF
Hon. Stewart D. Aaron
United States Courthouse
500 Pearl Street
New York, New York 10007

       Re: Marsh v. SSA
         1:25-cv-3932 (SDA)

Dear Judge Aaron:

 I am the attorney for the plaintiff in the above captioned case. I write to request an extension of time to file plaintiff's Brief, which is currently due to be filed on August 13, 2025.

 Due to multiple deadlines coming due at the same time and long planned vacation plans, I seek an extension of time to file plaintiff's papers to September 12, 2025. Counsel for the Commissioner, Jonathan King, consents to this request and asks that his brief be due on November 12, 2025. Plaintiff would like to file a Reply Brief on November 26, 2025.

 Thank you for Your Honor's consideration of this request.

              Respectfully submitted,

              *Christopher J. Bowes, Esq.*
              Christopher J. Bowes, Esq.

Cc: SAUSA Jonathan King