CHRISTOPHER J. BOWES, ESQ.
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

September 12, 2025

**APPLICATION GRANTED**

Hon. Stewart D. Aaron, U.S.M.J.

Dated: September 12, 2025

Via ECF
Hon. Stuart D. Aaron
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   Marsh v. SSA
      1:25-cv-3932(SDA)

Dear Judge Stein:

    I am the attorney for the plaintiff in the above captioned case. I write to request a second extension of time to file plaintiff's Brief, which is currently due to be filed today, September 12, 2025.

    My review of Mr. Marsh's case reveals several complexities that were not immediately apparent, including critical new information regarding a significant cervical spine disorder documented by MRI in December 2024. However, Mr. Marsh was not given the results until March 2025. I intend to request, as part of plaintiff's relief, a motion for remand for new and material evidence.

    Mr. Marsh only related these issues to me this week following a telephone discussion and so I request additional time, until October 14, 2025, to complete these papers. Counsel for the Commissioner, Jonathan King, consents to this request and asks that the Commissioner's time to respond be set for December 12, 2025. Plaintiff request permission to file a reply by December 29, 2025

    Thank you for Your Honor's consideration of this request.

Respectfully submitted,

*Christopher J. Bowes, Esq.*
Christopher J. Bowes, Esq.

Cc:   SAUSA Jonathan King